CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 3 0 2010
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT L. HARRIS, | ) |
| Plaintiff, | ) Case No. 7:10CV00327 |
| v. | ) |
| | ) FINAL ORDER |
| SANDRA VASS, ET AL., | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's claims under 42 U.S.C. § 1983 are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous; any claims under state law are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1367(c); and this action is stricken from the active docket of the court.

ENTER: This 30th day of July, 2010.

/s/ Glen E. Conrad
Chief United States District Judge